UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER BOSWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-01028-JPH-TAB |
| R. COSLER Officer, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**.

The Court now enters **FINAL JUDGMENT**.

Date: 10/31/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Pam Pope*
Deputy Clerk, U.S. District Court

Distribution:

CHRISTOPHER BOSWELL
653294
MARION COUNTY JAIL
MARION COUNTY JAIL
ADC Mail Room
695 Justice Way
Indianapolis, IN 46203